⚖AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TEXAS |

Heritage Pacific Financial LLC
Christopher Ganter
V.
Shelton Investigations LLC
Elizabeth Arden (not served:

**EXHIBIT AND WITNESS LIST**

Case Number: 4:09cv580

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Don D Bush | Lishel Bautista-Lucia | Neal Pirkle |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/10/09 | David Jackson | Toya McEwen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff's and Defendant's Exhibits: |
| 1 | | | | 12/19/09 | Internet print-out "Heritage Pacific Financial Complaints" dated 12/8/09 |
| 2 | | | | 12/19/09 | Certificate of Fact issued by Secretary of State, signed 12/4/09 |
| | 1 | | | 12/19/09 | Copy of Complaint Steuben Co Superior Court, Small Claim Div 76D01-0908-SC0827 |
| | 2 | | | 12/19/09 | Counterclaim from Steuben Co in Small Claim Div 76D01-0908-SC0827 |
| | 3 | | | 12/19/09 | Internet print-out "Heritage Pacific Complaints" dated 12/4/09 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Plaintiff's Witness: Christopher Ganter |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.