IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN -6 2010

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL, LLC, §<br>D/B/A HERITAGE PACIFIC FINANCIAL §<br>and CHRISTOPHER GANTER, §<br>Plaintiffs, §<br>§<br>v. §<br>§<br>§<br>SHELTON INVESTIGATIONS, LLC, and §<br>ELIZABETH ARDEN, §<br>Defendants. § | CASE NO. 4:09cv580 |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 14, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Application for Preliminary Injunction, which is contained in Plaintiffs' Original Complaint (Dkt. 1), be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiffs' Application for Preliminary Injunction, which is contained in Plaintiffs' Original Complaint (Dkt. 1), is DENIED.

**IT IS SO ORDERED.**

**SIGNED** this _6th_ day of January, 2010.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE